

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | § | No. 08-12-00311-CR |
|  | § |  |
| State, | § | Appeal from the |
|  | § |  |
| v. | § | County Court at Law No 7 |
|  | § |  |
| ARTURO GONZALEZ, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 20120C07213) |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file brief until **April 18, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **April 18, 2013.**

IT IS SO ORDERED this 13th day of March, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.